Erica J. Stutman, Esq.
Nevada Bar No. 10794
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: estutman@swlaw.com
tlewis@swlaw.com
*Attorneys for Plaintiff*
*Deutsche Bank National Trust Company, as Trustee for*
*Fremont Home Loan Trust Series 2006-3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Fremont Home Loan Trust Series 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC, a Nevada limited-liability company; LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 9128, a Nevada limited-liability company; TERRA WEST COLLECTIONS GROUP LLC d/b/a ASSESSMENT MANAGEMENT SERVICES, a Nevada limited liability company; and TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation;<br><br>Defendants. | Case No. 2:17-cv-00605-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF DEUTSCHE BANK NATIONAL TRUST COMPANY'S TIME TO RESPOND TO DEFENDANT TERRA WEST/AMS'S MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Deutsche Bank National Trust ("Plaintiff"), through its attorneys, Snell & Wilmer, L.L.P., and Defendant Terra West/AMS ("Terra West"), through its attorneys, the law firm of Richard Vilkin, P.C., as follows:

Terra West filed its Motion to Dismiss on May 19, 2017 [Docket No. 22]. Plaintiff was served on May 19, 2017, and its response is due on or about June 5, 2017. In the interest of

conserving client and judicial resources, Plaintiff requests, and Terra West agrees, that Plaintiff shall have until **June 19, 2017**, to file its Opposition. Terra West will then have two weeks and two days, or to **July 5, 2017**, to file its Reply.

Dated June 2, 2017

| LAW OFFICES OF RICHARD VILKIN, PC | Snell & Wilmer L.L.P. |
|---|---|
| By: */s/ Richard Vilkin* <br> Richard Vilkin, Esq. <br> LAW OFFICE OF RICHARD VILKIN, PC <br> 1286 Crimson Sage Ave. <br> Henderson, NV 89012 <br> *(signed with permission)* <br><br> *Attorneys for Defendant* <br> *Terra West/AMS* | By: */s/ Tanya N. Lewis* <br> Erica J. Stutman, Esq. <br> Nevada Bar No. 10794 <br> Tanya N. Lewis, Esq. <br> Nevada Bar No. 8855 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> *Attorneys for Plaintiff* <br> *Deutsche Bank National Trust Company* |

# ORDER

**IT IS ORDERED THAT Plaintiff's time to respond to Terra West's Motion to Dismiss shall be extended to on or before June 19, 2017. Terra West's Reply shall be due on July 5, 2017.**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of June, 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

*Attorneys for Plaintiff*
*Deutsche Bank National Trust Company,*
*as Trustee for Fremont Home Loan Trust Series 2006-3*

- 3 -

# CERTIFICATE OF SERVICE

On June 2, 2017, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

4813-1990-0489.1