Robin E. Perkins, Esq.
Nevada Bar No. 9891
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiff*
*Deutsche Bank National Trust Company, as Trustee for Fremont*
*Home Loan Trust Series 2006-3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Fremont Home Loan Trust Series 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC, a Nevada limited-liability company; LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 9128, a Nevada limited-liability company; TERRA WEST COLLECTIONS GROUP LLC d/b/a ASSESSMENT MANAGEMENT SERVICES, a Nevada limited liability company; and TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation;<br><br>Defendants. | Case No. 2:17-cv-00605-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## **STIPULATION**

It is hereby stipulated and agreed by and between Plaintiff Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3, through its attorneys, the law firm of Snell & Wilmer L.L.P..; Defendant LV Real Estate Strategic Investment Group LLC and Defendant LV Real Estate Strategic Investment Group LLC Series 9128, through its attorney Jeff

Brauer, Esq.; Defendant Tapestry at Town Center Homeowners' Association, through its attorneys, Doug Cohen; and Terra West Collections Group LLC d/b/a Assessment Management Services, through its attorneys, Richard Vilkin, as follows:

1. The above-captioned action concerns an NRS 116 foreclosure sale involving real property located in Clark County, Nevada with APN 125-17-210-264, commonly known as 9128 Pearl Cotton, Las Vegas, NV 89149 (the "Property");

2. The correct APN for the Property is 125-17-210-264. The Deed of Trust that is the subject of this case (Instrument No. 20060628-0004490) contains a typographical error in the APN, misidentifying the parcel as 125-14-210-264. In fact, the correct APN for this parcel is 125-17-210-264. However, as evidenced by a printout from the Clark County Recorder's Office (attached as Exhibit A), a second error was made at the time this document was recorded that incorrectly associates the parcel with APN 124-17-210-264.

3. This case, including all claims, counter claims and all causes of action shall be dismissed with prejudice;

4. All outstanding motions will be withdrawn, and all pending hearings and deadlines should be vacated; and

5. Each party shall bear its own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of December, 2018. | DATED this 10th day of December, 2018 |
| BRAUER DRISCOLL SUN & ASSOCIATES | SNELL & WILMER L.L.P. |
| By: /s/ Jeff Brauer<br>   Jeff Brauer, Esq.<br>   Nevada Bar No. 13834<br>   3333 East Serene, Suite 150<br>   Henderson, NV 89074<br><br>*(e-signature affixed with permission)*<br><br>*Attorneys for LV Real Estate Strategic Investment Group* | By: /s/Tanya N. Lewis<br>   Robin E. Perkins, Esq.<br>   Nevada Bar No. 9891<br>   Tanya N. Lewis, Esq.<br>   Nevada Bar No. 8855<br>   3883 Howard Hughes Parkway, Ste. 1100<br>   Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff*<br>*Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3* |

| | |
|---|---|
| DATED this 10th day of December, 2018 | DATED this 10th day of December, 2018 |
| WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN LLP | LAW OFFICES OF RICHARD VILKIN, P.C. |

By: /s/*Douglas M. Cohen*
    Douglas M. Cohen, Esq.
    Nevada Bar No. 1214
    3556 E. Russell Road
    Las Vegas, NV 89120
*(e-signature affixed with permission)*

By: /s/ *Richard J. Vilkin*
    Richard J. Vilkin
    Nevada Bar No. 8301
    1286 Crimson Sage Ave.
    Henderson, NV 89012
*(e-signature affixed with permission)*

*Attorneys for Tapestry at Town Center Homeowners Association*

*Attorneys for Terra West Collection Group LLC*

## **ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The above-captioned action concerns an NRS 116 foreclosure sale involving real property located in Clark County, Nevada with APN 125-17-210-264, commonly known as 9128 Pearl Cotton, Las Vegas, NC 89149 (the "Property");

2. This case, including all claims, counter claims and all causes of action, is dismissed with prejudice;

3. All outstanding motions are hereby withdrawn, and all pending hearings and deadlines are vacated; and

4. Each party shall bear its own attorneys' fees and costs associated with this action.

DATED this 11th day of December, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

**SUBMITTED BY:**

SNELL & WILMER L.L.P

By: */s/ Tanya N. Lewis*
　　Robin E. Perkins, Esq.
　　Nevada Bar No. 9891
　　Tanya N. Lewis
　　Nevada Bar No. 8855
　　3883 Howard Hughes Parkway, Ste. 1100
　　Las Vegas, NV 89169

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 10, 2018

/s/ Susan Ballif
An Employee of SNELL & WILMER L.L.P.

4846-0267-1475

# EXHIBIT A

# Search Results   Print

You searched under: **Parcel Number** for: **124-17-210-264** with the document types of: **ALL DOCUMENTS** between: **1/1/1900** and **9/22/2018**

**Records found: 2**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Refresh \| | | |
| First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | Record Date | Parcel # | Remarks | Total Value |
| WROBLEWSKI, COURTNEY | FREMONT INVESTMENT & LOAN | 200606280004490 | DEED OF TRUST | | 6/28/2006 2:55:35 PM | 124-17-210-264 | | |
| WROBLEWSKI, COURTNEY | FREMONT INVESTMENT & LOAN | 200606280004491 | DEED OF TRUST | | 6/28/2006 2:55:35 PM | 124-17-210-264 | | |